IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RODNEY WILLIAMS<br><br>　　　　　　　Defendant. | 8:18CR184<br><br>**ORDER** |

　　　　This matter is before the court on the defendant's Unopposed Motion to Continue Trial [38]. Counsel seeks additional time to finish the investigation and share the results with the defendant. For good cause shown,

　　　　**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [38] is granted as follows:

　　　　1. The jury trial, now set for July 23, 2019, is continued to **August 27, 2019.**

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 27, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　3**. No further continuances will be granted without a hearing before the magistrate judge.**

　　　　Dated this 16th day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge