IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RODNEY WILLIAMS,<br><br>               Defendant. | **8:18CR184**<br><br>**ORDER** |

This matter is before the Court on the Court's own motion. The Bureau of Prisons has requested an extension of the defendant's self-surrender date due to the COVID-19 pandemic.

IT IS ORDERED:

1. The Bureau of Prison's request to extend the self-surrender date is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, June 1, 2020 to the place designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 16th day of March 2020.

                                                  BY THE COURT:

                                                  s/ Laurie Smith Camp
                                                  Sr. United States District Judge